## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Shawn Christopher Sieger                    CHAPTER 13
                       Debtor(s)

                                                   BKY. NO. 26-11408 DJB

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.


                      Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
09 Apr 2026, 12:47:57, EDT


                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322

Document ID: 88abf8f465837df6ce41cfffdc37f5da24075bb29bb3e08cd03759fae22335c3